UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

METROPOLITAN CASUALTY
INSURANCE COMPANY,

    Plaintiff/Counter Defendant,

v.

GEORGIA GORIOLA,

    Defendant/ Counter Claimant          No. 11-cv-745-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on plaintiff/counter defendant's Motion for Summary Judgment filed on April 23, 2013 (Doc. 47).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting plaintiff/counter defendant's Motion for Summary entered on December 11, 2013 (Doc. 53), Judgment is entered in favor of Metropolitan Casualty Insurance and against Georgia Goriola.

                                  NANCY J. ROSENSTENGEL,
                                  CLERK OF COURT

                              BY:   /s/*Sara Jennings*
                                      **Deputy Clerk**

Dated:   December 16, 2013

Digitally signed by David R. Herndon
Date: 2013.12.16 11:26:16 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT